```
                    UNITED STATES DISTRICT COURT
                 FOR THE MIDDLE DISTRICT OF TENNESSEE
                           NASHVILLE DIVISION
```

MARTEZ WILLIAMS,            )
                            )
    Plaintiff,           )
                            )
        v.            )   NO.  3:10-0555
                            )   Judge Nixon/Bryant/Brown
TENNESSEE CARRIERS, INC.,   )   **Jury Demand**
                            )
    Defendant.           )

## **O R D E R**

A settlement conference was held with the parties in this matter on February 17, 2011, at which time a settlement was reached, the terms of which shall remain confidential. The parties shall file an appropriate stipulation and order of dismissal for the District Judge's consideration, if possible, by **March 17, 2011**.

There is nothing further to be done by this Magistrate Judge in the matter, and the Clerk is directed to return the file to the District Judge for his consideration of the stipulation and order of dismissal once it is filed.

It is so **ORDERED**.

                                                s/ Joe B. Brown
                                                JOE B/ BROWN
                                                United States Magistrate Judge